| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Thomas G. Egner, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Phone: 856-482-5544 / Fax: 856-482-5511<br>tegner@mcdowelllegal.com | Order Filed on January 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   Fayiah P. Johnson,<br><br>                     Debtor. | Case No.: 17-34273-MBK<br><br>Chapter: 13<br><br>Judge: Kaplan |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____371.00_____ per month for _23 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 17-34273-MBK
Fayiah P. Johnson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jan 25, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

**Recip ID**     **Recipient Name and Address**
db     + Fayiah P. Johnson, 451 S. Logan Ave., Trenton, NJ 08629-1515

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanette F. Frankenberg
    on behalf of Creditor Carrington Mortgage Services LLC as servicing agent for Bank of America, N.A. cmecf@sternlav.com

Maria Cozzini
    on behalf of Creditor Carrington Mortgage Services LLC as servicing agent for Bank of America, N.A. mcozzini@sternlav.com

Thomas G. Egner
    on behalf of Debtor Fayiah P. Johnson tegner@mcdowelllegal.com

| | |
|---|---|
| | tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7