| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 17-34273 / MBK**

Fayiah P. Johnson

Petition Filed Date: 12/01/2017
341 Hearing Date: 01/04/2018
Confirmation Date: 03/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/30/2022 | $2,033.00 | 89070910 | | | | | | |

**Total Receipts for the Period: $2,033.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,948.38**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Fayiah P. Johnson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» P/451 S. LOGAN AVE/2ND MTG\CRAM BAL | Unsecured Creditors | $32,141.74 | $0.00 | $32,141.74 |
| 2 | BANK OF AMERICA, NA<br>»» P/451 S LOGAN AVE/1ST MTG | Mortgage Arrears | $20,390.18 | $15,516.92 | $4,873.26 |
| 3 | TRENTON WATER WORKS<br>»» 451 S LOGAN AVE/WATER & SEWER/IN FULL | Secured Creditors | $1,309.80 | $989.90 | $319.90 |
| 4 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2013 | Unsecured Creditors | $264.09 | $0.00 | $264.09 |
| 5 | ORION PORTFOLIO SERVICES, LLC.<br>»» VERIZON | Unsecured Creditors | $171.87 | $0.00 | $171.87 |
| 6 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $169.47 | $0.00 | $169.47 |
| 0 | THOMAS G. EGNER<br>»» ORDER 2/14/18 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 7 | BANK OF AMERICA, NA<br>»» P/451 S LOGAN AVE/1ST MTG/PP ARREARS 12/28/20 ORD | Mortgage Arrears | $2,932.96 | $1,532.53 | $1,400.43 |
| 8 | BANK OF AMERICA, NA<br>»» P/451 S LOGAN AVE/1ST MTG/ATTY FEES 12/28/20 ORD | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»» ORDER 3/9/21 | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»» ORDER 1/25/23 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 17-34273 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,948.38 | Plan Balance: | $8,868.00 ** |
| Paid to Claims: | $23,170.35 | Current Monthly Payment: | $371.00 |
| Paid to Trustee: | $1,778.03 | Arrearages: | $1,093.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $33,816.38 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**