| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Fayiah P. Johnson<br><br><br>                                                Debtor(s) | Case No.: 17-34273 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 4/20/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  4/20/2023                                                                                    /s/  Kierstyn Buchanan

                                                                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Fayiah P. Johnson<br>451 S. Logan Ave.<br>Trenton, NJ   08629 | Debtor(s) | Regular Mail |
| THOMAS G. EGNER<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade,  NJ   08052 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |