| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Thomas G. Egner, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Tel: (856) 482-5544  Fax: (856) 482-5511<br>Email: tegner@mcdowelllegal.com | |
| In re:<br>    **Fayiah P. Johnson** | Case No.:  **17-34273**<br>Chapter:  **13**<br>Adv. No.:<br>Hearing Date:  1/11/2023<br>Judge:  **MBK** |

# CERTIFICATION OF SERVICE

1. I, __Kristie Gresh__ :

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for __Thomas Egner__, who represents ___ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On __April 24, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   Opposition to Trustee Motion to Dismiss

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __April 24, 2023__                              __/s/ Kristie Gresh__
                                                                       Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Albert Russo** <br> **Chapter 13 Trustee** <br> **CN 4853** <br> **Trenton NJ 08650** | Trustee | ☐ Hand-delivered <br> ☑ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other ___ <br> (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.