Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−34273−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fayiah P. Johnson
   451 S. Logan Ave.
   Trenton, NJ 08629

Social Security No.:
   xxx−xx−5221

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/9/23 at 09:00 AM

to consider and act upon the following:

**70** − Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: 451 SOUTH LOGAN AVENUE, TRENTON, NJ 08629. Fee Amount $ 181. filed by Creditor Carrington Mortgage Services, LLC as servicing agent for Bank of America, N.A., 36 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 07/25/2023. (Attachments: # 1 Exhibit A − Court Order # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 7/18/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court