| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 17-34273 / MBK**

Fayiah P. Johnson

Petition Filed Date: 12/01/2017
341 Hearing Date: 01/04/2018
Confirmation Date: 03/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2023 | $1,464.00 | | 05/08/2023 | $380.00 | | 06/08/2023 | $380.00 | |
| 07/11/2023 | $400.00 | | 08/14/2023 | $400.00 | | 09/28/2023 | $400.00 | |
| 11/02/2023 | $450.00 | | 12/04/2023 | $450.00 | | 01/11/2024 | $450.00 | |

**Total Receipts for the Period: $4,774.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,722.38**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Fayiah P. Johnson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» P/451 S. LOGAN AVE/2ND MTG\CRAM BAL | Unsecured Creditors | $32,141.74 | $0.00 | $32,141.74 |
| 2 | BANK OF AMERICA, NA<br>»» P/451 S LOGAN AVE/1ST MTG | Mortgage Arrears | $20,390.18 | $17,431.25 | $2,958.93 |
| 3 | TRENTON WATER WORKS<br>»» 451 S LOGAN AVE/WATER & SEWER/IN FULL | Secured Creditors | $1,309.80 | $1,115.57 | $194.23 |
| 4 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2013 | Unsecured Creditors | $264.09 | $0.00 | $264.09 |
| 5 | Orion Portfolio Services<br>»» VERIZON | Unsecured Creditors | $171.87 | $0.00 | $171.87 |
| 6 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $169.47 | $0.00 | $169.47 |
| 0 | THOMAS G. EGNER<br>»» ORDER 2/14/18 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 7 | BANK OF AMERICA, NA<br>»» P/451 S LOGAN AVE/1ST MTG/PP ARREARS 12/28/20 ORD | Mortgage Arrears | $2,932.96 | $2,082.66 | $850.30 |
| 8 | BANK OF AMERICA, NA<br>»» P/451 S LOGAN AVE/1ST MTG/ATTY FEES 12/28/20 ORD | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»» ORDER 3/9/21 | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»» ORDER 1/25/23 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 17-34273 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | THOMAS G. EGNER | Attorney Fees | $400.00 | $400.00 | $0.00 |
| | »»  ORDER 6/15/23 | | | | |
| 9 | BANK OF AMERICA, NA | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| | »»  451 SOUTH LOGAN AVE/ATTY FEES 8/28/23 | | | | |
| 0 | THOMAS G. EGNER | Attorney Fees | $400.00 | $400.00 | $0.00 |
| | »»  ORDER 10/13/23 | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,722.38 | Plan Balance: | $5,204.00 ** |
| Paid to Claims: | $26,760.48 | Current Monthly Payment: | $428.00 |
| Paid to Trustee: | $2,136.60 | Arrearages: | $300.00 |
| Funds on Hand: | $825.30 | Total Plan Base: | $34,926.38 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.