| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Fayiah P. Johnson** | Case No. | **17-34273** |
| | Chapter: | **13** |
| | Judge: | **MBK** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Fayiah P. Johnson**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **February 21, 2025**        /s/ Fayiah P. Johnson
                                                            **Fayiah P. Johnson**
                                                            Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*