| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Fayiah P. Johnson <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5221 <br> EIN  __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____ <br> EIN  __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17-34273-MBK | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Fayiah P. Johnson

7/29/25                                                        **By the court:** Michael B. Kaplan
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-34273-MBK |
| Fayiah P. Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 29, 2025 | Form ID: 3180W | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fayiah P. Johnson, 451 S. Logan Ave., Trenton, NJ 08629-1515 |
| cr | + | Carrington Mortgage Services, LLC as servicing age, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517207190 | + | City of Trenton, Attn: Tax Office, 319 East State St., Trenton, NJ 08608-1809 |
| 517207192 | + | Evangeline A Ugorji, 1213 Martin Luther King Jr. Blvd. 08638-4119 |
| 517207194 | + | First Financial, One Clarks Hill, Framingham, MA 01702-8172 |
| 517207198 | + | Stellar Recovery Inc, Attn: Bankruptcy, Po Box 48370, Jacksonville, FL 32247-8370 |
| 517240967 | + | Trenton Water Works, City of Trenton, 319 East State St., Room 113, Trenton, NJ 08608-1809 |
| 520704032 | + | US DEPT OF HOUSING & URBAN DEVELOPMENT, 2401 NW 23RD ST, STE 1A1, OKLAHOMA CITY, OK 73107-2448 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517231801 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2025 20:52:00 | Bank of America, N.A. c/o Carrington Mortgage Serv, 1600 South Douglass Road, Anaheim, CA 92806 |
| 517207189 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2025 20:52:00 | Carrington Mortgage Service. Llc, Po Box 3489, Anaheim, CA 92803 |
| 520628518 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2025 20:52:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 520628519 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2025 20:52:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 517207191 | | Email/Text: bankruptcycourts@equifax.com | Jul 29 2025 20:52:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 517207193 | ^ | MEBN | Jul 29 2025 20:46:34 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517207195 | + | EDI: IRS.COM | Jul 30 2025 00:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517271460 | ^ | MEBN | Jul 29 2025 20:46:15 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, 10375 Old Alabama Rd Conn, Suite 302, Alpharetta, GA 30022-1119 |
| 517207197 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 29 2025 20:52:00 | State of New Jersey Division of Taxation, |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2025 | Form ID: 3180W | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517207196 | + | Email/Text: bankruptcy@sw-credit.com | Jul 29 2025 20:53:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 517207199 | ^ | MEBN | Jul 29 2025 20:46:35 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 517207200 | ^ | MEBN | Jul 29 2025 20:46:28 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 517227146 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 29 2025 20:56:26 | U.S. Dept of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517326633 | + | EDI: AIS.COM | Jul 30 2025 00:42:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520681807 | *+ | Fayiah P. Johnson, 451 S. Logan Ave, Trenton, NJ 08629-1515 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2025            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Carrington Mortgage Services LLC as servicing agent for Bank of America, N.A. cmecf@sternlav.com |
| Maria Cozzini | on behalf of Creditor Carrington Mortgage Services LLC as servicing agent for Bank of America, N.A. mcozzini@sternlav.com |
| Thomas G. Egner | on behalf of Debtor Fayiah P. Johnson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2025 | Form ID: 3180W | Total Noticed: 24 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7